

# IN THE
# TENTH COURT OF APPEALS

### No. 10-24-00356-CR

**ROBERT CARL HUTCHINSON,**

                                                            **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                            **Appellee**

### From the 19th District Court
### McLennan County, Texas
### Trial Court No. 2018-1279-C1

## MEMORANDUM OPINION

On November 5, 2024, Robert Carl Hutchinson, filed a *pro se* notice of appeal from the trial court's judgment of conviction. Sentence was imposed in the case on May 7, 2019. Hutchinson's notice of appeal is therefore untimely, and we have no jurisdiction of an untimely appeal. *See* TEX. R. APP. P. 26.2(a); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) (no appellate jurisdiction where notice of appeal is untimely). For the reasons stated, this appeal is dismissed.

Notwithstanding that we are dismissing this appeal, Hutchinson may file a motion for rehearing with this Court within fifteen days after the judgment of this Court is rendered. *See* TEX. R. APP. P. 49.1. If Hutchinson desires to have the decision of this Court reviewed by filing a petition for discretionary review, that petition must be filed with the Court of Criminal Appeals within thirty days after either the day this Court's judgment is rendered or the day the last timely motion for rehearing is overruled by this Court. *See id.* R. 68.2(a).

MATT JOHNSON
Justice

Before Chief Justice Gray*,
      Justice Johnson, and
      Justice Smith
*(Chief Justice Gray concurs.)
Dismissed
Opinion delivered and filed December 12, 2024
Do not publish
[CR25]

